IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Heather Drenning, | : | CIVIL NO. 1:22-CV-1595 |
| Plaintiff | : | |
| vs. | : | |
| Keystone Health, | : | Judge Sylvia H. Rambo |
| Defendant | : | |

## **O R D E R**

 **AND NOW**, on this 10th day of August, 2023, having been that the above action has been settled, **IT IS ORDERED THAT** this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the claim if the settlement is not consummated. **IT IS FURTHER ORDERED THAT** the parties are directed to submit, within sixty (60) days of the date of this Order, a joint status report addressing whether the instant action should be dismissed with or without prejudice. Should the parties fail to submit a timely status report in accordance with this Order, the Court will deem the dismissal of this action to be with prejudice. The Clerk of Court is directed to **CLOSE** the above-captioned action.

S/Sylvia H. Rambo
United States District Judge