IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER DRENNING, | |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | CASE NO. 1:22-cv-1595-SHR |
| KEYSTONE HEALTH | |
| Defendant. | |

**STIPULATION OF DISMISSAL**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action. All parties are to bear their own costs.

Respectfully submitted,

Date: September 6, 2023

By: /s/ Mary LeMieux-Fillery
Mary LeMieux-Fillery, Esq.
2 Penn Center, Suite 1240
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
MaryF@EricShore.com
*Attorneys for Plaintiff*

By: */s/ Lisa M. Scidurlo, Esquire*
Lisa M. Scidurlo, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
215-751-2868
Email: lmsc@stevenslee.com
*Attorneys for Defendant*